TERESA M. MCGOWAN, CA Bar No. 145823
Deputy County Counsel
JEAN-RENE BASLE CA Bar No. 134107
County Counsel
385 North Arrowhead Avenue, Fourth Floor
San Bernardino, CA  92415-0140
Telephone:  (909) 387-5283
Facsimile:    (909) 387-4069
*tmcgowan@cc.sbcounty.gov*

JS-6

Attorneys for Defendants, COUNTY OF SAN BERNARDINO, DEPUTY RAUL LOREA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KLINE,<br><br>         Plaintiff,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO, SAN BERNARDINO COUNTY DEPUTY SHERIFF, RAUL LOREA, and DOES 1-10,<br><br>         Defendants. | CV 10-08490 DMG RZx<br><br>**ORDER RE:  DISMISSAL OF ENTIRE ACTION AND NOTICE OF ENTRY OF JUDGMENT [30]** |

   The Stipulation of Plaintiff ROBERT KLINE and Defendants, COUNTY OF SAN BERNARDINO and DEPUTY RAUL LOERA, to dismiss the entire action with prejudice pursuant to a settlement between the parties has been filed and received by this court.  After reviewing the Stipulated Dismissal as to the entire action, the Court finds that good cause exists to order the dismissal of Defendants COUNTY OF SAN BERNARDINO and DEPUTY RAUL LOERA as prayed.

/ / / /

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. The above-captioned action is dismissed in its entirety, WITH PREJUDICE, pursuant to a settlement between the parties and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure; and

2. The parties shall bear their own costs and fees incurred in connection with the prosecution of and/or the defense of this action.

**IT IS SO ORDERED.**

Dated:  January 24, 2012

_____
**DOLLY M. GEE**
**UNITED STATES DISTRICT JUDGE**